UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

FILED
2023 FEB 16 PM 4: 51
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| BARBARA SILVA, § § § Plaintiff, § § v. § Cause # EP-23-CV-00029-DCG § PALMER ADMINISTRATIVE SERVICES, § INC a Delaware Corporation § § Defendants. § § | |

## NOTICE OF SETTLEMENT AGREEMENT

**NOTICE IS HEREBY GIVEN** that BARBARA SILVA ("Plaintiff") and PALMER ADMINISTRATIVE SERVICES, INC ("Defendant") have reached a settlement agreement in the above-captioned action. The parties expect to file a Joint Stipulation of Dismissal once the settlement documents have been exchanged and executed. Therefore, Defendant respectfully request sixty (60) days in order to complete settlement documents and notify this honorable Court of dismissal.

Dated: February 16, 2023,         Respectfully Submitted,

*Barbara Silva*

BARBARA SILVA
Plaintiff, Pro Se
8749 Coloma Cir
El Paso, TX 79907
915-887-8790
Bbrios16@outlook.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on all parties via electronic mail on February 16, 2023.

Dated: February 16, 2023                    Respectfully Submitted,

*Barbara Silva*

BARBARA SILVA
Plaintiff, Pro Se
8749 Coloma Cir
El Paso, TX 79907
915-887-8790
Bbrios16@outlook.com