UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BARBARA SILVA**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | EP-23-CV-00029-DCG |
| **PALMER ADMINISTRATIVE SERVICES, INC.**, | § § § | |
| *Defendant*. | § § | |

## ORDER DISMISSING CASE

Plaintiff Barbara Silva has filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Notice, ECF No. 8.  In view thereof, the Court **ORDERS** that all claims asserted by Plaintiff Barbara Silva in this action against Defendant Palmer Administrative Services, Inc. are **DISMISSED**.  Each party is to bear its own attorneys' fees and costs.

The Clerk of Court shall **CLOSE** this case.

**So ORDERED and SIGNED this 9th day of March 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE